Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR05-270 RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | CONTINUING TRIAL DATE |
| COLUMBIA MEDICAL SYSTEMS, INC., | ) | AND PRETRIAL MOTIONS CUTOFF |
| PHU NGUYEN, | ) | DATE |
| TUYET NGUYEN, and | ) | |
| SESS MERKE, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## **ORDER**

THIS MATTER having come before the Court pursuant to a stipulation between the government and the defendants for an Order continuing the trial date and pretrial motions cutoff date; and

IT APPEARING that the requested continuance of the trial date is warranted for the reasons set forth in the stipulated motion for continuance of trial date and pretrial motions cutoff date, and that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial.

ORDER - 1
Columbia Medical Systems, et. al./
CR05-270 RSL

IT IS ORDERED that the trial date in U.S. v. COLUMBIA MEDICAL SYSTEMS, INC., PHU NGUYEN, TUYET NGUYEN and SESS MERKE, CR05-270 RSL, be continued from October 3, 2005 to March 6, 2006, and that the deadline for filing pretrial motions be continued until February 2, 2006.

IT IS FURTHER ORDERED that the period of delay resulting from the continuance of the trial in excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Dated this 1st day of September, 2005

*MVr S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

/s/Susan Loitz

Susan Loitz

Assistant United States Attorney

United States Attorney's Office

700 Stewart Street, Suite 5220

Seattle, WA 98101-1271

Harvey Chamberlin

Attorney for CMS and Phu Nguyen

3221 Oakes Ave.

Everett, Washington 98201-4407

ORDER - 2
Columbia Medical Systems, et. al./
CR05-270 RSL

1

2

_____

3

Mark D. Mestel

4

Attorney for Tuyet Nguyen

5

3221 Oakes Ave.

6

Everett, Washingto

7

n 98201-4407

8

9

10

11

12

_____

13

Lyle Tenpenny

14

Angelo Calfo

15

Attorneys for Sess Merke

16

925 Fourth Ave., Suite 2500

17

Seattle, Washington   98104

18

19

20

21

22

23

24

25

26

27

28

ORDER - 3
Columbia Medical Systems, et. al./
CR05-270 RSL